UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60453-CIV-SMITH

SHLOMY HALAWANI, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

CHARTER COMMUNICATIONS OPERATING, LLC,

    Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 14]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED without prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 24th day of April, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record